| | |
|---|---|
| County Court, Douglas County, Colorado<br>Court Address: 4000 Justice Way, Ste 2009<br>Castle Rock, CO 80109<br><br>Plaintiff(s): Kirk Hufford<br><br>v.<br><br>Defendant(s): Hyundai Capital America dba Kia Motors Finance | **COURT USE ONLY** |
| Attorneys for Plaintiff:<br>Matthew R. Osborne #40835<br>11178 Huron Street, Suite 7<br>Northglenn, CO 80234<br>Phone Number: 303-759-7018<br>E-mail: matt@mrosbornelawpc.com | Case Number:<br><br><br>Division          Courtroom |
| **COMPLAINT** | |

1. Plaintiff resides in Lone Tree, CO.

2. Defendant Hyundai Capital America dba "Kia Motors Finance" ("Kia") is a California corporation located at 3161 Michelson Drive, Suite 1900, Irvine, CA 92612.

3. On September 8, 2016, Plaintiff took out a lease with Defendant for a 2016 Kia Optima.

4. Plaintiff completed the lease and returned the vehicle. Plaintiff made all lease payments on time, and Plaintiff's credit score was in the 800s, as he pays his bills on time.

5. In May 2020, Plaintiff was surprised to receive a notice from the credit bureaus that his credit score had plummeted down into the 600s, and so Plaintiff obtained copies of his credit reports and Defendant was reporting him as being 30 & 60 days late, and a "charge off", which is an extremely derogatory reporting condition that means payments are unlikely, and that the debt was written off as a loss on the creditor's taxes.

6. Plaintiff called Defendant to dispute the inaccurate reporting, and Defendant told him that there was a final disposition fee due after he returned the car. Plaintiff explained that he had never received a bill, or any request from Defendant to pay this fee, and had they simply notified him of this fee, he would have paid it. Plaintiff paid the fee to Defendant, but Defendant refused to correct its inaccurate/misleading reporting, and it is unconscionable that a creditor would fail to send a person a bill and then report them as late without even giving them an opportunity to pay the bill. In other words, a person cannot be late if the creditor fails to give the borrower notice that a fee is due.

EXHIBIT 1

7. After his efforts to dispute directly with Defendant were rebuffed, Plaintiff then disputed the inaccurate information with the credit bureaus.

8. The credit bureaus notified Defendant of Plaintiff's disputes via the e-Oscar system and asked Defendant to perform an investigation into the accuracy of the reporting.

9. Instead of performing an investigation into Plaintiff's disputes as required by 15 U.S.C. § 1681s-2(b), Defendant simply rubber stamped its prior false reporting, and falsely certified to the credit bureaus that the information was correct and that it had performed an investigation.

## COUNT I, FAIR CREDIT REPORTING ACT

10. Defendant negligently and willfully violated 15 U.S.C. § 1681s-2(b) by failing to perform a reasonable investigation in Plaintiff's disputes after being notified of the same by the credit bureaus, by failing to report that Plaintiff disputed the reporting, which was inaccurate and misleading. Pursuant to company practices, Defendant merely rubber stamps its prior credit reporting, and does not investigate credit disputes, such as reviewing its own loan file, or speaking with other employees or third parties about the merits of the consumer's dispute.

11. Defendant's violations of the FCRA have caused Plaintiff actual damages to be determined at trial such as harm to credit score, inconvenience, frustration, worry, and stress.

WHEREFORE, Plaintiff prays for the following relief:

    a. Actual damages to be determined at trial;
    b. Punitive damages to be determined at trial;
    c. Attorney fees and costs;
    d. For such other relief as may be proper.

s/ Matthew R. Osborne
11178 Huron St., Ste 7
Northglenn, CO 80234
(303) 759-7018
matt@mrosbornelawpc.com

*Attorney for Plaintiff*

| | |
|---|---|
| County Court Douglas County, Colorado<br>Court Address:<br>4000 Justice Way, Ste. 2009<br>Castle Rock, CO 80109 | |
| Plaintiff(s):  Kirk Hufford<br><br>v.<br><br>Defendant(s):  Hyundai Capital America dba Kia Motors Finance | ▲   COURT USE ONLY   ▲ |
| Attorney for Plaintiff:<br>Matthew R. Osborne #40835<br>11178 Huron Street, Suite 7<br>Northglenn, CO 80234<br>Phone Number: 303-759-7018<br>E-mail: matt@mrosbornelawpc.com | Case Number:<br><br><br><br>Division           Courtroom |
| **SUMMONS** ||

**To the above named Defendant(s):  Take notice that**

1. On March 24, 2021 at 09:30 AM in the Douglas County Court, 4000 Justice Way, Ste 2009, Castle Rock, CO 80109, if an answer is not filed, the Court may be asked to enter judgment against you as set forth in the Complaint.

2. A copy of the Complaint against you and an answer form which you must use if you file an answer are attached.

3. If you do not agree with the complaint, then you must either:
   a. Go to the Court, located at 4000 Justice Way, Ste 2009, Castle Rock, CO 80109, at the above date and time and file the answer stating any legal reason you have why judgment should not be entered against you,
   OR
   b. File the answer with the Court before that date and time.

4. When you file your answer, you must pay a filing fee to the Clerk of the Court.

5. If you file an answer, you must give or mail a copy to the Plaintiff(s) or the attorney who signed the complaint.

6. If you do not file an answer, then the Court may enter a default judgment against you for the relief requested in the complaint.

7. If you want a jury trial, you must ask for one in the answer and pay a jury fee in addition to the filing fee.

8. If you want to file an answer or request for a jury trial and you are indigent, you must appear at the above date and time, fill out a financial affidavit, and ask the Court to waive the fee.

Dated this 26th day of February, 2021.

s/ Matthew R. Osborne #40835
11178 Huron Street, Suite 7
Northglenn, CO 80234
Phone Number: 303-759-7018
E-mail: matt@mrosbornelawpc.com

| County Court _____ County, Colorado<br>Court Address:<br>_____<br><br>Plaintiff(s):<br><br>v.<br><br>Defendant(s): | ▲ **COURT USE ONLY** ▲ |
|---|---|
| Attorney or Party Without Attorney (Name and Address):<br><br><br>Phone Number:           E-mail:<br>FAX Number:            Atty. Reg. #: | Case Number:<br><br><br><br>Division           Courtroom |
| **ANSWER UNDER SIMPLIFIED CIVIL PROCEDURE**<br>**(including counterclaim(s) and/or cross claim(s))** ||

The Defendant(s) _____(name), answer(s) the complaint as follows:

1. The amount of damages claimed to be due to the Plaintiff(s) by the complaint in this action is not due and owing for the following reasons:

   _____
   _____
   _____

   **OR**

   the Plaintiff(s) is/are not entitled to possession of the property and Defendant(s) is/are entitled to retain possession for the following reasons:

   _____
   _____
   _____

   **OR**

   the injunctive relief requested by the Plaintiff(s) should not be allowed for the following reasons:

   _____
   _____
   _____

2. ☐(If applicable) the Defendant(s), _____, assert(s) the following counterclaim(s) or setoff(s) against the Plaintiff(s)

   _____
   _____

3. ☐(If applicable) the Defendant(s) _____, assert(s) the following cross claim(s) against _____, named Defendant(s) (you are limited to the jurisdiction of the court):

_____

_____

_____

4. If a counterclaim is asserted above, you must check one of the following statements:
   ☐The amount of the counterclaim **does not** exceed the jurisdiction of the court (County Court filing fee required).
   ☐The amount of the counterclaim **does** exceed the jurisdiction of the court, but I wish to limit my recovery to the jurisdiction of the court (County Court filing fee required).
   ☐The amount of the counterclaim **does** exceed the jurisdiction of the court, and I wish the case transferred to the District Court (District Court filing fee required)

5. The Defendant(s):
   ☐Request(s) a trial to the court.
   ☐Request(s) a jury trial. By requesting a jury trial, the Defendant(s) understand(s) that a jury fee must be paid unless the fee is waived by the Court.

**WARNING: ALL FEES ARE NON-REFUNDABLE. IN SOME CASES, A REQUEST FOR A JURY TRIAL MAY BE DENIED PURSUANT TO LAW EVEN THOUGH A JURY FEE HAS BEEN PAID.**

Note: All Defendants filing this answer must sign unless the answer is signed by an attorney.

_____         _____
Signature of Defendant(s)                Signature of Attorney for Defendant(s) (if applicable)

Address(es) of Defendant(s): _____

Phone Number(s) of Defendant(s): _____

## CERTIFICATE OF SERVICE

I certify that on _____ (date) a true and accurate copy of this ANSWER UNDER SIMPLIFIED CIVIL PROCEDURE was served on _____the other party(s) or attorney(s) by:

☐Hand Delivery  ☐E-filed  ☐Faxed to this number _____ or ☐by placing it in the United States mail, postage pre-paid, and addressed to the following:

_____
_____
_____

_____
Defendant(s) or Attorney for Defendant(s) Signature