**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action Number 1:21-cv-00944-DDD-SKC

KIRK HUFFORD,
SANDRA L. CARNES,
CHAPIN P. CARNES,
DARIN SCHNEIDER,
Plaintiffs,

v.

HYUNDAI CAPITAL AMERICA, dba
KIA MOTORS FINANCE,
Defendant.

---

**NOTICE OF SETTLEMENT BETWEEN PLAINTIFFS KIRK HUFFORD AND DARIN SCHNEIDER AND DEFENDANT HYUNDAI CAPITAL AMERICA dba KIA MOTORS FINANCE**

---

PLEASE TAKE NOTICE that Plaintiffs Kirk Hufford and Darin Schneider ("Plaintiffs") file this notice of settlement pursuant to D.C.COLO.LCivR 40.2(b). The parties have reached an agreement on all material terms required to settle all of Plaintiffs claims against Hyundai Capital America dba Kia Motors Finance pending in this action.

The parties anticipate that the performance of the terms of the settlement agreement will be completed within thirty (30) days of the date of this notice, at which time, the parties shall file a Stipulation for Dismissal of the claims asserted against Hyundai Capital America dba Kia Motors Finance.

The claims by Plaintiffs Chapin and Sandra Carnes against Defendant Hyundai Capital America dba Kia Motors Finance are being arbitrated with JAMS and are still pending.

Dated: November 29, 2023

Respectfully submitted,

By: /s/ Matthew R. Osborne
Matthew R. Osborne
RAMOS LAW
10190 Bannock Street, Suite 200
Northglenn, CO 80260
Telephone: (303) 733-6353
Email: mosborne@ramoslaw.com

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that on 11/29/2023, I filed a true and correct copy of the foregoing Notice of Settlement via the Court's CM/ECF system, which will automatically send notice to:

All counsel of record.

s/ Amanda Ferrera